**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paul Fahring,<br>Petitioner,<br>v.<br>Ryan Thornell, et al.,<br>Respondents. | No. CV-25-03810-PHX-JAT<br>**ORDER** |

Pending before the Court is Petitioner Paul Fahring's Motion for an Extension of Time. (Doc. 45). In the Motion, he requests more time to "file his request for a certificate of appealability with the Ninth Circuit Court of Appeals." (*Id.*). In an October 13, 2026, decision, this Court denied a Certificate of Appealability. (Doc. 39 at 15).

Petitioner seems to be trying to accomplish one of two things. First, he may be attempting to request a Certificate of Appealability from this Court. If that is his aim, the Motion would be moot; the Court has already denied that request. (*Id.*). Second, he may be requesting an extension to file a document with the Ninth Circuit Court of Appeals in an attempt to appeal this Court's denial of a certificate. This Court is unable to rule on the Motion if so construed.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for an Extension of Time (Doc. 45) is denied as moot insofar as it moves this Court to grant him a Certificate of Appealability.

**IT IS FURTHER ORDERED** the Clerk of the Court shall send a copy of this Order and a copy of the Motion at Doc. 45 to the Ninth Circuit Court of Appeals regarding case No. 26-7172.

Dated this 9th day of November, 2026.

James A. Teilborg
Senior United States District Judge